UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROY L. NEFF,

        Petitioner,

    v.

WASHINGTON DEPARTMENT OF CORRECTIONS,

        Respondent.

Case No. C09-5098BHS

ORDER GRANTING I.F.P. APPLICATION

    Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 3rd day of March, 2009.

                                    */s/ J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge