UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROY LEN NEFF,

    Petitioner,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

    Respondent.

Case No. C09-5098BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 15.

The Court having considered the Report and Recommendation, Petitioner's failure to file objections, and the remaining record, does hereby find and order:

(1) Without reaching the merits of the petition, the Court adopts the conclusion of the Report and Recommendation that this Court lacks personal jurisdiction over Respondent;

(2) The petition for habeas corpus is therefore **DISMISSED without prejudice**.

DATED this 26th day of August, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER