# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROY LEN NEFF

JUDGMENT IN A CIVIL CASE

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS

CASE NUMBER: C09-5098BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Without reaching the merits of the petition, the Court adopts the conclusion of the Report and Recommendation that this Court lacks personal jurisdiction over Respondent.

The petition for habeas corpus is therefore **DISMISSED without prejudice.**

|  |  |
|---|---|
| August 27, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |